EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Mariola Montequín Gumá | 2021 TSPR 90<br><br>207 DPR _____ |

Número del Caso:  TS-13,980


Fecha:  29 de junio de 2021


Abogada de la parte peticionaria:

   Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mariola Montequín Gumá                    TS-13,980

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de junio de 2021.

Examinada la *Petición* que presentó la Sra. Mariola Montequín Gumá el 14 de junio de 2021, se provee ha lugar. En consecuencia, se le readmite al ejercicio de la abogacía.

Se le ordena a la licenciada Montequín Gumá revisar su información de contacto en el Registro Único de Abogados y Abogadas de Puerto Rico para confirmar que esté actualizada.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo